# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 22, 2019

### NO. 03-18-00729-CV

**Douglas Miles Macut, Appellant**

**v.**

**Cool Insulation Company, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA**
**AFFIRMED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the trial court on May 3, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.